**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOVEJIT SINGH, | No. 09-71974 |
| Petitioner, | Agency No. A075-319-350 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012**

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

Lovejit Singh, native and citizen of India, petitions for review of the Board

of Immigration Appeals' order dismissing his appeal from an immigration judge's

decision denying his application for asylum. We have jurisdiction under

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Kumar v. INS*, 204 F.3d 931, 933 (9th Cir. 2000). We deny the petition for review.

Substantial evidence supports the agency's finding that Singh failed to meet his burden of establishing past persecution or a well-founded fear of future persecution. *See* 8 C.F.R. § 208.13(a); *see also Halim v. Holder,* 590 F.3d 971, 975-77 (9th Cir. 2009). In the absence of past persecution, Singh's humanitarian asylum claim necessarily fails. *See* 8 C.F.R. § 208.13(b)(1)(iii).

**PETITION FOR REVIEW DENIED.**